**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ISABEL SHEELEY,

        Plaintiff,

v.                                  CASE NO.: 3:10-cv-00231-J-34JBT

ADVANCED CHECK PROCESSING,

        Defendant.

_____/

## <u>ORDER</u>[1]

    **THIS CAUSE** is before the Court on Magistrate Judge Joel B. Toomey's Report and

Recommendation (Dkt. No. 14; Report), entered on September 13, 2010.  In the Report,

Magistrate Judge Toomey recommended that Plaintiff's Motion for Default Judgment (Dkt.

No. 7) be granted to the extent that a default be entered against Defendant, Advanced

Check Processing, and in favor of Plaintiff, Isabel Sheeley, in the amount of $3,253.61,

consisting of $1,000.00 in statutory damages, $1,837.00 in attorneys' fees, and $416.61

in costs.  No objections to the Report have been filed, and the time for doing so has now

passed.

    The Court "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge." 28 U.S.C. § 636(b).  Neither Plaintiff nor

Defendant objected to the Report within the time period allowed, so this Court is not

---

[1]     This is a "written opinion" under § 205(a)(5) of the E-Government Act and therefore is available electronically.  However, it has been entered only to decide the motion addressed herein and is not intended for official publication or to serve as precedent.

required to conduct a <u>de</u> <u>novo</u> review of the findings of fact made by the Magistrate Judge.

<u>See</u> <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11 th Cir. 1993).  However, this Court must

review legal conclusions <u>de</u> <u>novo</u>.  <u>See</u> <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603,

604 (11th Cir. 1994).

Based upon an independent examination of the record and a <u>de</u> <u>novo</u> review of the

legal conclusions, the Court will accept and adopt the Report and Recommendation of the

Magistrate Judge.  In light of the foregoing, Plaintiff's Motion for Default Judgment will be

granted and damages in the amount of $3,253.61 will be awarded to Plaintiff.  Accordingly,

it is hereby

**ORDERED:**

1.    The Report and Recommendation (Dkt. No. 14) of Magistrate Judge Toomey

is **ADOPTED** as the opinion of the Court.

2.    Plaintiff's Motion for Default Judgment (Dkt. No. 7) is **GRANTED**, in part, and

**DENIED**, in part, as follows:

A.    The Motion is **GRANTED** to the extent that Plaintiff is awarded

damages in the amount of $3,253.61, consisting of $1,000.00 in statutory damages,

$1837.00 in attorneys' fees, and $416.61 in costs.

B.    Otherwise, the Motion is **DENIED**.

3.      The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff, Isabel Sheeley, and against Defendant, Advanced Check Processing, for the sum of Three Thousand Two Hundred Fifty-Three Dollars and Sixty-One Cents ($3,253.61), terminate any motions, and close the file.

**DONE AND ORDERED** in Chambers, this 4th day of November, 2010.

MARCIA MORALES HOWARD
United States District Judge

i11

Copies to:

The Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record