**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ISABEL SHEELEY,

        Plaintiff,

v.                                  Case No. 3:10-cv-231-J-34JBT

ADVANCED CHECK PROCESSING,

        Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 28; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on February 10, 2011. In the Report, Magistrate Judge Toomey recommended that the Court grant Defendant's Motion to Re-open Case (Dkt. No. 20; Motion to Re-Open) and deny Defendant's Motion to Vacate Default Judgment (Dkt. No. 21; Motion to Vacate). See Report at 10. Neither party has filed objections to the Report, and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May

14, 2007). Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge to the extent that the motion to vacate will be denied.[1]  Accordingly, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Dkt. No. 28) is **ADOPTED** to the extent that the Court is denying the Motion to Vacate.

2. Defendant's Motion to Vacate Default Judgment (Dkt. No. 21) is **DENIED**.

3. Defendant's Motion to Re-open Case (Dkt. No. 20) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of April, 2011.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:
Honorable Joel B. Toomey
Counsel of Record

---

[1] The Court declines to adopt the portion of the Report recommending that the Motion to Re-open be granted.  As the Court intends to deny the Motion to Vacate, there is no need to reopen this case.