**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ISABEL SHEELEY,

        Plaintiff,

v.                                                Case No. 3:10-cv-231-J-34JBT

ADVANCED CHECK PROCESSING,

        Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal (Dkt. No. 33; Notice) filed on February 20, 2012. In the Notice, Plaintiff seeks dismissal of this matter with prejudice. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

1.     This case is **DISMISSED with prejudice**.

2.     The Clerk of the Court is directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 22nd day of February, 2012.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record